| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lowe, George H. | US District Court Northern New York | 06/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full time | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Payment from law firm (Bond, Schoeneck & King, PLLC) of $5,000 per year. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Bond, Schoeneck & King, PLLC Retirement Benefit | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | New York State Teachers Retirement System Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Home Finance | Mortgage on property in Vero Beach, FL | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Deposit Program- Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 2. AIR AAR Corporation Common Stock (Y) | | | | | | | | | |
| 3. AAN Aaron Rents Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 4. Abbott Laboratories Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 5. | | | | | Sold (part) | 06/23/11 | J | A | |
| 6. Abbott Laboratories Corporate Bonds | A | Interest | | | Sold | 05/02/11 | J | A | |
| 7. ACE Ltd Common Stock | A | Dividend | J | T | Buy | 02/08/11 | J | | |
| 8. | | | | | Sold (part) | 06/23/11 | J | A | |
| 9. ACN Accenture LTD Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 10. | | | | | Sold (part) | 10/03/11 | J | A | |
| 11. APD - Air Prod & Chem Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 12. | | | | | Sold (part) | 06/23/11 | J | A | |
| 13. Alcatel-Lucent ADS Common Stock | | None | | | Sold | 02/28/11 | J | A | |
| 14. AZSEY - Allianz SE ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 08/09/11 | J | | |
| 15. ALSMY - Alstrom ADR Common Stock | | None | J | T | Buy | 10/03/11 | J | | |
| 16. MO - Altria Group Inc Common Stock | | None | J | T | Buy | 09/28/11 | J | | |
| 17. AWC - Alumina LTD Common Stock (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amazon.com Inc Common Stock | | None | K | T | Buy | 06/14/11 | J | | |
| 19. ACO - Amcol Intl Corp Common Stock | A | Dividend | J | T | Buy | 05/16/11 | J | | |
| 20. | | | | | Sold (part) | 06/15/11 | J | A | |
| 21. AMED- Amedisys Inc. Common Stock (Y) | | | | | | | | | |
| 22. American Express Corporate Bonds | A | Interest | J | T | | | | | |
| 23. AMT - American Tower CP Class A Common Stock | A | Dividend | J | T | Buy | 10/03/11 | J | | |
| 24. AGP- Amerigroup Corp. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 25. AU - Anglogold Ashanti Limited Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 26. | | | | | Sold (part) | 12/16/11 | J | A | |
| 27. AON - Aon Corporation Common Stock | A | Dividend | | | Sold | 05/17/11 | J | A | |
| 28. Apache Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 29. | | | | | Sold (part) | 08/31/11 | J | A | |
| 30. Apple Inc Common Stock | | None | J | T | | | | | |
| 31. ARMH - Arm Holdings PLC ADS Common Stock | | None | J | T | Buy | 12/01/11 | J | | |
| 32. ARRS- Arris Group Inc. Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 33. ASML Holding N.V. Common Stock | | None | J | T | Buy | 08/17/11 | J | | |
| 34. AF- Astoria Financial Corp. Common Stock (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AZN - Astrazeneca PLC ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 02/11/11 | J | | |
| 36. T- AT&T Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 37. | | | | | Sold (part) | 09/07/11 | J | A | |
| 38. AT&T Inc. Corporate Bonds | A | Interest | J | T | | | | | |
| 39. Axis Capital Holdings Ltd Common Stock | A | Dividend | J | T | | | | | |
| 40. BAC - Bank of America Corp Common Stock (Y) | | | | | | | | | |
| 41. BK- Bank of New York Mellon Corp. Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 42. | | | | | Sold (part) | 06/23/11 | J | A | |
| 43. Barrick Gold Corp Common Stock | A | Dividend | J | T | Sold (part) | 08/22/11 | J | A | |
| 44. | | | | | Buy (add'l) | 12/15/11 | J | | |
| 45. BB&T Corporation Corporate BOnds | A | Interest | J | T | Buy | 07/28/11 | J | | |
| 46. BDX- Becton Dickinson & Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 02/22/11 | J | | |
| 47. | | | | | Sold (part) | 06/23/11 | J | A | |
| 48. BBBB - Blackboard Inc. Common Stock | | None | | | Buy | 01/12/11 | J | | |
| 49. | | | | | Sold | 09/29/11 | J | A | |
| 50. BWC- Blackrock World Invest. Trust Common Stock | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 51. | | | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BRS - Bristow Group Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 53. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 54. BRCM - Broadcom Corp Cl A Common Stock (Y) | | | | | | | | | |
| 55. BUCY- Bucyrus Intl Inc. Common Stock | A | Dividend | | | Sold | 06/15/11 | J | A | |
| 56. CCMP - Cabot Microelectronics Corp Common Stock | | None | J | T | Buy | 03/15/11 | J | | |
| 57. | | | | | Sold (part) | 06/15/11 | J | A | |
| 58. COG- Cabot Oil & Gas Corp A Common Stock | A | Dividend | J | T | Sold (part) | 08/31/11 | J | A | |
| 59. Cameco Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 12/19/11 | J | | |
| 60. Canadian Natl Railway Co Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 61. COF - Capital One Financial Corp Common Stock | A | Dividend | J | T | Buy | 03/15/11 | J | | |
| 62. | | | | | Sold (part) | 06/14/11 | J | A | |
| 63. Carrefour SA Unsponsored ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 12/19/11 | J | | |
| 64. CSH- Cash Amer International Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 65. Caterpillar Inc. Corporate Bond | A | Interest | | | Redeemed | 10/31/11 | J | A | |
| 66. Celgene Corp Common Stock | | None | | | Sold | 02/16/11 | J | A | |
| 67. Centrais Elec Bras AP ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 68. CERN - Cerner Corp Common Stock | | None | J | T | Buy | 03/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/14/11 | J | A | |
| 70. CHKP - Check Point Software Tech Ltd Common Stock | | None | J | T | Buy | 08/16/11 | J | | |
| 71. CKP - Checkpoint Sys Incorporated Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 72. | | | | | Buy (add'l) | 12/06/11 | J | | |
| 73. CVX- Chevron Corp. Common Stock | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 74. CB- Chubb Corp. Common Stock | A | Dividend | | | Sold | 02/07/11 | J | A | |
| 75. CSCO - Cisco Systems Inc. Common Stock | A | Dividend | J | T | Buy | 06/20/11 | J | | |
| 76. Cisco Systems Inc. Corporate Bonds | A | Interest | J | T | | | | | |
| 77. CTXS - Citrix Systems Inc Common Stock | | None | | | Sold | 06/20/11 | J | A | |
| 78. CME - CME Group Inc. Common Stock | A | Dividend | | | Sold | 11/10/11 | J | A | |
| 79. COH - Coach Inc. Common Stock | | None | J | T | Buy | 09/19/11 | J | | |
| 80. KO - Coca-Cola Company Common Stock | A | Dividend | J | T | | | | | |
| 81. CL- Colgate Palmolive Co. Common Stock | A | Dividend | J | T | | | | | |
| 82. GNYGA - Columbia GRW NY 529 A | | None | J | T | Open | 07/01/11 | J | | |
| 83. CMCSK - Comcast Corp Common Stock | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 84. COP- Conocophillips Corporate Bonds | A | Interest | J | T | Redeemed (part) | 07/28/11 | J | A | |
| 85. Core Laboratories N.V. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Costco Wholesale Corp New Common Stock | | None | | | Sold | 02/04/11 | J | A | |
| 87. CVD- Covance Inc. Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 88. DAI Nippon Prgt Ltd Japan Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 89. DSNKY - Daiichi Sankyo Co Ltd Common Stock | A | Dividend | J | T | Buy | 06/21/11 | J | | |
| 90. Daiwa House Ind Ltd ADR Common Stock | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 91. DE - Deere & Co Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 92. DHR - Danaher Corporation Common Stock | A | Distribution | J | T | Buy | 03/07/11 | J | | |
| 93. | | | | | Sold (part) | 06/23/11 | J | A | |
| 94. DFG- Delphi Finl GP A Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 95. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 96. DVN- Devon Energy Corp. New Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 97. DEO- Diageo PLC SPON ADR New Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 98. | | | | | Sold (part) | 06/23/11 | J | A | |
| 99. Digital River Common Stock (Y) | | | | | | | | | |
| 100. Direct TV Holding Corporate Bonds | A | Interest | J | T | Buy | 05/02/11 | J | | |
| 101. DLTR - Dollar Tree Inc Common Stock | | None | J | T | Buy | 12/01/11 | J | | |
| 102. Dow Chemical Company Corporate Bond | A | Interest | J | T | Buy | 02/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DPS - Dr. Pepper Snapple Group Inc. Common Stock | A | Dividend | | | Sold | 01/13/11 | J | A | |
| 104. DD - Du Pont El Se Nemours & Co Common Stock | A | Dividend | J | T | Buy | 02/24/11 | J | | |
| 105. EJPRY - East Japan Ry Co Common Stock | A | Dividend | J | T | Buy | 06/21/11 | J | | |
| 106. EV- Eaton Vance CP Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 107. ECIFY - Electricite De France ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |
| 108. Embraer S A ADR Common Stock (Y) | | | | | | | | | |
| 109. EMC Corp Mass Common Stock | | None | J | T | Sold (part) | 06/14/11 | J | A | |
| 110. ENS - Enersys Common Stock | | None | J | T | Buy | 08/10/11 | J | | |
| 111. XOM- Exxon Mobil Corp. Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 112. | | | | | Sold (part) | 06/23/11 | J | A | |
| 113. FAST - Fastenal Co Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 114. FINMY - Finmeccanica Spa Roma Common Stock | A | Dividend | J | T | Buy (add'l) | 08/03/11 | J | | |
| 115. | | | | | Sold (part) | 10/12/11 | J | A | |
| 116. Firstbank Puerto Rico Santurce PR CD | A | Interest | | | Redeemed | 06/10/11 | K | A | |
| 117. FPO - First Potomac Realty Trust Common Stock (X) | A | Dividend | J | T | Buy (add'l) | 04/18/11 | J | | |
| 118. | | | | | Sold (part) | 06/15/11 | J | A | |
| 119. FLIR- Flir Systems Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FELE - Franklin Electric Co Common Stock | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 121. | | | | | Sold (part) | 06/15/11 | J | A | |
| 122. Freeport McMoran CP & GLD Common Stock | A | Dividend | | | Sold | 09/30/11 | J | A | |
| 123. Fujifilm Hldgs Corp ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 124. OGZPY - Gazprom O A O Spon ADR Common Stock | A | Dividend | J | T | Sold (part) | 03/11/11 | J | A | |
| 125. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 126. GE- General Electric Co. Corporate Bond | A | Interest | J | T | | | | | |
| 127. General Mills Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 128. | | | | | Sold (part) | 06/23/11 | J | A | |
| 129. GSK - GlaxosmithKline PLC Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 130. | | | | | Sold (part) | 11/08/11 | J | A | |
| 131. GPN- Global Payment Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 132. Gold Fields Ltd ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 133. | | | | | Sold (part) | 10/04/11 | J | A | |
| 134. GS- Goldman Sachs GRP Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 05/17/11 | J | | |
| 135. | | | | | Sold (part) | 08/31/11 | J | A | |
| 136. Goldman Sachs Corporate Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GR - Goodrich Corporation Common Stock | A | Dividend | | | Buy | 07/29/11 | J | | |
| 138. | | | | | Sold | 11/30/11 | J | B | |
| 139. Google Inc. Common Stock | | None | J | T | Buy | 02/07/11 | J | | |
| 140. Hachijuni Bank Common Stock | A | Dividend | J | T | | | | | |
| 141. HSC- Harsco Corp. Common Stock (Y) | | | | | | | | | |
| 142. Hasbro Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 143. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 144. HELE - Helen of Troy Common Stock | | None | J | T | Buy | 08/09/11 | J | | |
| 145. HES- Hess Corporation Common Stock | A | Dividend | | | Sold | 06/15/11 | J | A | |
| 146. HPQ- Hewlett Packard Common Stock | | None | | | Sold | 03/08/11 | J | A | |
| 147. Hewlett Packard Corporate Bonds | A | Interest | | | Redeemed | 07/28/11 | J | A | |
| 148. HXL- Hexcel Corp New Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 149. Home Depot Inc. Corporate Bonds | A | Interest | | | Sold | 09/30/11 | J | A | |
| 150. HMRTY - Home Retail Group Common Stock | A | Dividend | J | T | Buy | 01/11/11 | J | | |
| 151. HON - Honeywell International Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 152. | | | | | Sold (part) | 06/23/11 | J | A | |
| 153. Household Finance Corporate Bonds | A | Interest | K | T | Redeemed (part) | 06/10/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/14/11 | K | | |
| 155. Impala Platinum Hldgs Common Stock | | None | | | Sold | 01/26/11 | J | A | |
| 156. INTC- Intel Corp Common Stock | A | Dividend | J | T | Sold (part) | 09/07/11 | J | A | |
| 157. IBM- Intl Business Machines Corp Common Stock | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 158. INTU - Intuit Inc. Common Stock | | None | | | Sold | 07/05/11 | J | A | |
| 159. ISRG - Intuitive Surgical Inc. Common Stock | | None | J | T | | | | | |
| 160. Itron Inc Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 161. Jefferies Group Inc New Common Stock (Y) | | | | | | | | | |
| 162. JNJ- Johnson & Johnson Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 163. | | | | | Sold (part) | 06/23/11 | J | A | |
| 164. JCI - Johnson Controls Incorporated Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 165. | | | | | Sold (part) | 09/23/11 | J | A | |
| 166. JPMorgan Chase & Co Common Stock | A | Dividend | J | T | Buy (add'l) | 02/07/11 | J | | |
| 167. | | | | | Sold (part) | 08/15/11 | J | A | |
| 168. JP Morgan Chase Corporate Bonds | A | Interest | J | T | | | | | |
| 169. Juniper Networks Common Stock | | None | J | T | Sold (part) | 03/15/11 | J | A | |
| 170. KAO Corp Spons Common Stock | A | Dividend | | | Buy (add'l) | 06/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/23/11 | J | A | |
| 172. Kinross Gold Corp New Common Stock | A | Dividend | J | T | Buy (add'l) | 01/26/11 | J | | |
| 173. | | | | | Sold (part) | 08/30/11 | J | A | |
| 174. Korea Electric Power Corp Common Stock | | None | J | T | | | | | |
| 175. Kraft Food Inc CL A Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 176. Kraft Food Corporate Bonds | A | Interest | J | T | Buy | 05/02/11 | J | | |
| 177. LTM - Life Time Fitness Inc Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 178. LMT- Lockheed Martin Corp Common Stock | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 179. | | | | | Buy (add'l) | 07/06/11 | J | | |
| 180. LUFK - Lufkin Ind Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 181. Markwest Engy Ptnrs LP Common Stock | B | Interest | K | T | Sold (part) | 12/15/11 | J | D | |
| 182. MA - Mastercard Inc Cl A | A | Dividend | | | Buy (add'l) | 06/01/11 | J | | |
| 183. | | | | | Sold | 11/02/11 | J | A | |
| 184. MCD- MC Donalds Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 04/11/11 | J | | |
| 185. | | | | | Sold (part) | 10/12/11 | J | A | |
| 186. MJN - Mead Johnson Nutrition Company Common Stock | A | Dividend | J | T | Buy | 08/16/11 | J | | |
| 187. Medical Properties Trust Inc. Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Mednax Inc. Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 189. Medtronic Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 190. | | | | | Sold (part) | 06/23/11 | J | A | |
| 191. MTH - Meritage Home Corporation Common Stock (X) | | None | J | T | Buy (add'l) | 04/01/11 | J | | |
| 192. | | | | | Sold (part) | 06/15/11 | J | A | |
| 193. Merrill Lynch & Co Inc Corporate Bonds | A | Interest | J | T | | | | | |
| 194. MET- Metlife Incorporated Common Stock | A | Dividend | J | T | Buy (add'l) | 01/24/11 | J | | |
| 195. | | | | | Sold (part) | 06/23/11 | J | A | |
| 196. MS&AD Ins Group Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 197. Moog Inc CL A Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 198. Morgan Stanley Corporate Bonds | B | Interest | K | T | | | | | |
| 199. MS Real Estate Fund C Mutual Fund | B | Dividend | | | Redeemed (part) | 08/17/11 | J | A | |
| 200. | | | | | Merged (with line 205) | 11/17/11 | K | | |
| 201. MS Charter Campell Futures | | None | K | T | | | | | |
| 202. MS Charter Aspect LP Futures | | None | K | T | | | | | |
| 203. MS Charter Graham Futures | | None | K | T | | | | | |
| 204. MS Emerging Markets Domestic Debt Common Stock | B | Dividend | K | T | Buy (add'l) | 06/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. MSULX - MSIF US Real Estate PTF Mutual Fund | | None | K | T | | | | | |
| 206. NOV - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 207. | | | | | Sold (part) | 06/14/11 | J | A | |
| 208. NSRGY- Nestle Spon ADR REP REG SHR Common Stock | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 209. Newcrest Mining Common Stock | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |
| 210. Nexen Common Stock | A | Dividend | J | T | Sold (part) | 04/04/11 | J | A | |
| 211. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 212. Nintendo Company Ltd Common Stock | A | Dividend | J | T | Buy (add'l) | 08/01/11 | J | | |
| 213. Nippon Telegraph & Telephone ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 214. | | | | | Sold (part) | 10/04/11 | J | A | |
| 215. NE - Noble Corp New | A | Dividend | | | Sold | 03/15/11 | J | A | |
| 216. NOK- Nokia CP Adr Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 217. NOC- Northrop Grumman CP (Hldg Co) Common Stock | A | Dividend | J | T | Sold (part) | 06/23/11 | J | A | |
| 218. OXY - Occidental Petroleum Corp DE Common Stock | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 219. | | | | | Sold (part) | 06/23/11 | J | A | |
| 220. OMC - Omnicom Group Common Stock | A | Dividend | | | Sold | 09/19/11 | J | A | |
| 221. OKE - Oneok Inc New Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. ORCL- Oracle Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 04/18/11 | J | | |
| 223. | | | | | Sold (part) | 06/23/11 | J | A | |
| 224. Oracle Corp Corporate Bonds | A | Interest | J | T | | | | | |
| 225. Paetec Holding Corp Common Stock (Y) | | | | | | | | | |
| 226. Panasonic Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 227. Pepsico Inc NC Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 228. | | | | | Sold (part) | 06/23/11 | J | A | |
| 229. Pfizer, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 01/10/11 | J | | |
| 230. | | | | | Sold (part) | 06/23/11 | J | A | |
| 231. PG&E Corporation Common Stock | A | Dividend | | | Buy (add'l) | 06/01/11 | J | | |
| 232. | | | | | Sold | 11/16/11 | J | A | |
| 233. PPDI- Pharmaceutical Prod Dev Inc Common Stock | A | Dividend | | | Redeemed | 12/06/11 | J | A | |
| 234. Philip Morris Intl Inc Common Stock | A | Dividend | J | T | Sold (part) | 12/21/11 | J | A | |
| 235. PVH Corporation (Formerly Phillips Van Heusen) Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 236. Plum Creek Timber Co Common Stock | A | Distribution | J | T | | | | | |
| 237. PNC - PNC Finl Svcs Gp Common Stock | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 238. | | | | | Sold (part) | 06/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PNC Funding Corp Corporate Bonds | A | Interest | J | T | | | | | |
| 240. PPG- PPG Industries Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 03/02/11 | J | | |
| 241. | | | | | Sold (part) | 06/23/11 | J | A | |
| 242. PX- Praxair Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 243. PL- Protective Life CP Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 244. PRU- Prudential Financial Inc Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 245. | | | | | Sold (part) | 11/16/11 | J | A | |
| 246. Prudential Premium Retirement Annuity | | None | N | T | Buy (add'l) | 06/22/11 | K | | |
| 247. TLK - PT Telekomunikasi Indonesia Common Stock | A | Dividend | J | T | Buy | 03/02/11 | J | | |
| 248. PEG- Public Service Enterprise GP Common Stock | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 249. Qualcomm Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 250. Quest Diagnostics Common Stock | A | Dividend | | | Buy | 03/15/11 | J | | |
| 251. | | | | | Sold | 08/17/11 | J | A | |
| 252. RRC - Range Resources Corp Common Stock | A | Dividend | K | T | | | | | |
| 253. RJF- Raymond James Fincl Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 254. Reinsurance Group of America Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 255. ROHCY - Rohm Co Ltd Unspon SDR Common Stock | A | Dividend | J | T | Buy (add'l) | 12/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. RDS- Royal Dutch Shell PLC | A | Dividend | | | Sold | 10/06/11 | J | A | |
| 257. SNY- Sanofi Aventis Ads Common Stock | A | Dividend | J | T | | | | | |
| 258. SBA Communications Corp Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 259. Schlumberger LTD Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 260. Sekisui House Ltd Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 261. Seven & I Hldgs Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 262. | | | | | Sold (part) | 12/19/11 | J | A | |
| 263. Shiseido Ltd Common Stock | A | Dividend | J | T | Buy (add'l) | 05/31/11 | J | | |
| 264. SI- Siemens Aktiengesellschaft Common Stock | A | Dividend | J | T | Sold (part) | 02/11/11 | J | A | |
| 265. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 266. SK Telecom Common Stock | A | Dividend | J | T | Sold (part) | 05/25/11 | J | A | |
| 267. | | | | | Buy (add'l) | 06/21/11 | J | | |
| 268. SLM Corporation Corporate Bond | B | Interest | K | T | | | | | |
| 269. Smucker Jm Co Common Stock New | A | Dividend | J | T | Sold (part) | 10/03/11 | J | A | |
| 270. Snap-On Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 271. SJI - South Jersey Ind Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 272. SRA Intl Inc Cl A Common Stock | | None | | | Sold | 04/14/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SWK - Stanley Black & Decker Common Stock | A | Dividend | J | T | Buy (add'l) | 05/04/11 | J | | |
| 274. | | | | | Sold (part) | 11/16/11 | J | A | |
| 275. SBUX - Starbucks Corp Washington Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 276. STO - Statoil ASA ADR Common Stock | A | Dividend | | | Buy (add'l) | 06/21/11 | J | | |
| 277. | | | | | Sold | 10/18/11 | J | A | |
| 278. STJ - St. Jude Medical Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 05/18/11 | J | | |
| 279. | | | | | Sold (part) | 06/03/11 | J | A | |
| 280. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 281. STBUY - Sumitomo Tr & Bk Co Spon ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 282. SU - Suncor Energy Inc New Common Stock | A | Dividend | | | Sold | 07/22/11 | J | A | |
| 283. Swift Energy Co (Holding Co) Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 284. SCMWY - Swisscom AG ADR Common Stock | A | Dividend | J | T | | | | | |
| 285. T Rowe Price Group Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/14/11 | J | A | |
| 286. TLM - Talisman Energy Inc Common Stock | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 287. TGT - Target Corporation Common Stock | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 288. | | | | | Sold (part) | 06/23/11 | J | A | |
| 289. Telecom Italia SPA New Common Stock | A | Dividend | J | T | Sold (part) | 03/28/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Buy (add'l) | 06/21/11 | J | | |
| 291. TDY- Teledyne Tech Inc Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 292. TDC - Teradata Corp Common Stock | | None | J | T | Buy | 09/28/11 | J | | |
| 293. SMG- The Scotts Miracle-Gro Company Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 294. TMO - Thermo Fisher Scientific Common Stock | | None | J | T | Buy | 08/10/11 | J | | |
| 295. Time Warner Inc. Corporate Bonds | A | Interest | J | T | | | | | |
| 296. TKR- Timken Co Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 297. TJX - TJX Cos Inc. New Common Stock | A | Dividend | J | T | Sold (part) | 10/17/11 | J | A | |
| 298. TNTEY - TNT Express NV Common Stock | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 299. Toro Co Common Stock | A | Dividend | | | Sold | 01/11/11 | J | A | |
| 300. TM - Toyota Motor CP ADR New Common Stock | A | Dividend | J | T | | | | | |
| 301. Transocean Ltd Common Stock | | None | J | T | Buy | 12/08/11 | J | | |
| 302. Travelers Companies Common Stock | A | Dividend | J | T | Buy (add'l) | 02/14/11 | J | | |
| 303. | | | | | Sold (part) | 06/23/11 | J | A | |
| 304. Trustmark CP Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 305. | | | | | Buy (add'l) | 08/25/11 | J | | |
| 306. TYC - Tyco International Common Stock | | None | J | T | Buy | 11/16/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. UBS - UBS AG New Common Stock | | None | J | T | Buy (add'l) | 08/03/11 | J | | |
| 308. United Bankshares Inc W VA Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 309. UF- United Fire & Casualty Common Stock (Y) | | | | | | | | | |
| 310. UPS - United Parcel Service Inc. Cl B Common Stock | A | Dividend | J | T | | | | | |
| 311. UTX- United Technologies Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |
| 312. | | | | | Sold (part) | 06/23/11 | J | A | |
| 313. URS- URS Corp New Common Stock | | None | J | T | Sold (part) | 06/15/11 | J | A | |
| 314. VAL- Valspar Corp Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 315. VIAB - Viacom Inc. Common Stock | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 316. | | | | | Sold (part) | 06/23/11 | J | A | |
| 317. VOD- Vodafone GP PLC ADS New Common Stock | A | Dividend | J | T | Buy (add'l) | 06/21/11 | J | | |
| 318. | | | | | Sold (part) | 06/23/11 | J | A | |
| 319. Wacoal CP ADR Common Stock | A | Dividend | J | T | Sold (part) | 02/15/11 | J | A | |
| 320. | | | | | Buy (add'l) | 06/21/11 | J | | |
| 321. WAG - Walgreen Co Common Stock | A | Dividend | J | T | Sold (part) | 03/07/11 | J | A | |
| 322. | | | | | Buy (add'l) | 08/22/11 | J | | |
| 323. DIS- Walt Disney Co Hldg Co Common Stock | A | Dividend | J | T | Buy (add'l) | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 07/27/11 | J | A | |
| 325. | | | | | Sold (part) | 08/15/11 | J | A | |
| 326. Wells Fargo & Co New Common Stock | A | Dividend | | | Sold | 05/11/11 | J | A | |
| 327. Wells Fargo & Company Corporate Bonds | A | Interest | J | T | | | | | |
| 328. WGL Holdings Inc Common Stock | A | Dividend | J | T | Sold (part) | 06/15/11 | J | A | |
| 329. WIN - Windstream Corp Common Stock (X) | A | Dividend | J | T | | | | | |
| 330. Wolters Kluwer NV Spon ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 331. NYVTX- Davis New York Venture A | | None | J | T | | | | | |
| 332. TEDMX- Templeton Devel Mkts TR A | B | Dividend | | | Sold | 06/13/11 | K | B | |
| 333. FHLMC - Fed Home Ln Mtg Corp Common Stock | A | Interest | J | T | Redeemed (part) | 02/22/11 | J | A | |
| 334. Fed Natl Mtg Assn Common Stock | B | Interest | J | T | Redeemed (part) | 09/30/11 | J | A | |
| 335. US TSY Note Common Stock | A | Interest | K | T | Redeemed (part) | 12/27/11 | K | A | |
| 336. | | | | | Buy (add'l) | 12/27/11 | K | | |
| 337. 3M Company Common Stock | A | Dividend | J | T | Buy (add'l) | 03/28/11 | J | | |
| 338. | | | | | Sold (part) | 08/22/11 | J | A | |
| 339. Corning Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 340. West Genesee Central School District 403(A) TOA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. IRA, Ridgeway & Conger, Formerly RBC Dain Rauscher | A | Dividend | K | T | | | | | |
| 342. Fidelity Adv New Insight Fund | | None | J | T | Sold (part) | 12/15/11 | J | A | |
| 343. CAP World Growth Income Fund A | | None | J | T | | | | | |
| 344. IRA, Ridgeway & Conger, Formerly RBC Dain Rauscher | A | Dividend | K | T | | | | | |
| 345. MFS Utilities Fund A | | None | J | T | Sold (part) | 12/15/11 | J | A | |
| 346. Van Eck Global Hard Assets Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lowe, George H. | 06/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ George H. Lowe

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544